1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ANN L. MALEY
4  Special Assistant United States Attorney
   California Bar No. 176877
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone: (415) 977-8974
7      Facsimile:  (415) 744-0134
       E-Mail: Ann.Maley@ssa.gov
8
   Attorneys for Defendant,
9  Commissioner of Social Security

             UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
                   WESTERN DIVISION

LATAYNIA BURTON,                )
                                )    No. CV. NO. 09-7720 RC
       Plaintiff,               )
                                )    JUDGMENT
       v.                       )
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security,)
                                )
       Defendant.               )
_____)

Pursuant to the Order re Stipulation, ~~The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand~~, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security ~~for further proceedings consistent with the Stipulation of Remand.~~ pursuant to sentence 4 of 42 U.S.C. § 405(g).

DATED: 6/11/10

                                ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE